UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN LOPEZ, ) | Case No. CV 12-10941-DMG (PJW) |
| ) | |
| Plaintiff, ) | ORDER ACCEPTING REPORT AND |
| ) | ADOPTING FINDINGS, CONCLUSIONS, |
| v. ) | AND RECOMMENDATIONS OF UNITED |
| ) | STATES MAGISTRATE JUDGE |
| CALIFORNIA MEN'S COLONY, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections to the Report. The Court accepts the findings and conclusions of the magistrate judge.[1]

IT IS SO ORDERED.

DATED: August 30, 2013

/s/ Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Plaintiff's mail has been returned undelivered. [Doc. ## 14, 15.] Nonetheless, Plaintiff has not complied with his obligation to keep the Court apprised of his current address. This action is therefore also subject to dismissal under C.D. Cal. L.R. 41-6.