UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FABIAN LOPEZ, | ) | Case No. CV 12-10941-DMG (PJW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CALIFORNIA MEN'S COLONY, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order dismissing the Complaint,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: August 30, 2013

/s/ Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA12CV10941DMG(PJW)_Lopez_Judgment.wpd